IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDIN MUJADZIC,

        Plaintiff,

    v.

DOUG SERA,

        Defendant.

No. CV 07-50-MO

OPINION AND ORDER

**MOSMAN, J.,**

    Mr. Mujadzic alleges Title VII claims against a former coworker, Doug Sera, rather than against his former employer. Title VII does not permit suit against a former coworker. Moreover, Chief Judge Haggerty's March 21, 2006, order in CV 04-213-HA dismissed Mr. Mujadzic's prior case with prejudice, which included claims against Mr. Sera. This case is therefore DISMISSED with PREJUDICE.

    The Clerk of the Court is also reminded that Chief Judge Haggerty's prior order instructed the Clerk to decline any further filings from Mr. Mujadzic pertaining to this matter unless it is an appeal to the Ninth Circuit Court of Appeals.

    IT IS SO ORDERED.

    DATED this __31ST__ day of May, 2007.

                    /s/ Michael W Mosman
                    MICHAEL W. MOSMAN
                    United States District Court

PAGE 1 - OPINION AND ORDER